UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:16-cv-00786-FDW-DSC

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| REAL PROPERTY KNOWN AS THOMASBORO PLAZA, | ) | |
| Defendant. | ) | |

THIS MATTER is before the Court following the parties' submission of a joint status report (Doc. No. 22) in response to the Court's order (Doc. No. 21). Pursuant to the filing, the parties have reached a settlement and are in the process of executing the final negotiated settlement agreement.

Based on this representation, the Court ORDERS the parties to submit their stipulation of dismissal no later than thirty (30) days from the date of this Order. IT IS FURTHER ORDERED the Clerk's office shall ADMINISTRATIVELY CLOSE THE CASE, subject to the parties' right to reopen in thirty days if the settlement is not consummated.

IT IS SO ORDERED.

Signed: March 20, 2020

Frank D. Whitney
Chief United States District Judge

1